EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2011 TSPR 159 |
| | 183 DPR ____ |
| Adrián Bonilla Montalvo | |

Número del Caso:   TS-5564

Fecha: 21 de octubre de 2011

Colegio de Abogados de Puerto Rico:

           Lcdo. Israel Pacheco Acevedo

Materia: Conducta Profesional- La suspensión será efectiva el 28 de octubre de 2011 fecha en que se le notificó al abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Adrián Bonilla Montalvo

TS-5564

*PER CURIAM*

En San Juan, Puerto Rico, a 21 de octubre de 2011.

Nuevamente tenemos que enfatizar en la obligación que tiene todo abogado de atender los requerimientos de este Tribunal con la seriedad y premura que ameritan. Desobedecer las órdenes de un tribunal constituye una conducta intolerable pues configura una violación del Canon 9 de los de Ética Profesional, 4 L.P.R.A. Ap. IX.

I

El 29 de septiembre de 1977 se admitió al Lcdo. Adrián Bonilla Montalvo al ejercicio de la abogacía y al de la notaría el 3 de enero de 1978. Los hechos que dan origen a este procedimiento surgen luego de

que el Colegio de Abogados de Puerto Rico nos remitiera una moción informativa el 27 de mayo de 2011 en que nos solicitó la cancelación de la fianza notarial que prestó el licenciado Bonilla Montalvo el 22 de junio de 2001. En síntesis, en la moción nos indicaron que el letrado tenía su fianza notarial al descubierto en contravención con el Título II, Art. 7 de la Ley Núm. 75 de 2 de julio de 1987, mejor conocida como Ley Notarial de Puerto Rico, 4 L.P.R.A. sec. 2011.

El 6 de junio de 2011 concedimos un término de veinte días al licenciado Bonilla Montalvo para que mostrara causa por la cual no debía ser suspendido de la notaría. Le apercibimos que el incumplimiento con los términos de nuestra Resolución podría conllevar la suspensión del ejercicio de la notaría y dar lugar a sanciones disciplinarias.

II

El Código de Ética Profesional es el manual de conducta por excelencia de todo abogado. Este guía no solo el comportamiento que los abogados deben desplegar con sus clientes, sino también con la sociedad, sus compañeros y los tribunales. Específicamente, hemos enfatizado que los letrados deben mostrar respeto y diligencia hacia los tribunales. Canon 9 de Ética Profesional, _supra_. "La naturaleza de la función de abogado requiere de una escrupulosa atención y obediencia a las órdenes de este Tribunal, particularmente cuando se trata de procedimientos sobre su conducta profesional". _In re Vellón Reyes_, Op. de

24 de mayo de 2011, 2011 T.S.P.R. 89, 2011 J.T.S. 94, 181 D.P.R. __ (2011). Por esa razón, "[d]esatender estas órdenes constituye una grave ofensa a la autoridad del tribunal en clara violación al mandato expreso del Canon 9". In re Fontanéz Fontanéz, Op. de 31 de marzo de 2011, 2011 T.S.P.R. 63, 2011 J.T.S. 68, 181 D.P.R. __ (2011). Así pues, "no cumplir diligentemente con lo ordenado por este Foro y demostrar indiferencia ante nuestros apercibimientos es razón suficiente para suspender a un abogado del ejercicio de la profesión legal". In re Martínez Sotomayor I, Op. de 3 de marzo de 2011, 2011 T.S.P.R. 32, 2011 J.T.S. 37, 181 D.P.R. __ (2011). Véanse además, In re Rivera Rosado, Op. de 25 de enero de 2011, 2011 T.S.P.R. 18, 2011 J.T.S. 23, 180 D.P.R. __(2011); In re Vilanova Alfonso, 159 D.P.R. 167, 169 (2003).

## III

Surge de los hechos relatados que el licenciado Bonilla Montalvo tiene su fianza notarial al descubierto desde junio de 2010. Esto constituye una violación del Art. 7 de la Ley Notarial de Puerto Rico, supra, que exige a los notarios tener prestada y vigente una fianza por una suma no menor de $15,000. Además, el licenciado incumplió con nuestra Resolución de 6 de junio de 2011, en la que le concedimos término para que se expresara. Hasta el día de hoy no lo ha hecho. Su actitud demuestra indiferencia y falta de interés en ejercer la abogacía. No podemos tolerar esa actitud.

Por todo ello, ordenamos la suspensión inmediata e indefinida del Lcdo. Adrián Bonilla Montalvo de la práctica de la abogacía y del ejercicio de la notaría. Además, ordenamos la cancelación de su fianza notarial. El querellado tiene el deber de notificar a todos sus clientes su inhabilidad para continuar con su representación y deberá devolver a estos los expedientes de los casos pendientes así como los honorarios recibidos por trabajos no rendidos. Además, tiene el deber de informar oportunamente de su suspensión a los foros judiciales y administrativos. Estas gestiones deberán certificarse a este Tribunal dentro del término de treinta (30) días a partir de la notificación de esta Opinión y Sentencia.

Notifíquese personalmente esta Opinión al Lcdo. Adrián Bonilla Montalvo por la Oficina del Alguacil de este Tribunal.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:



Adrián Bonilla Montalvo

                              TS-5564






                         SENTENCIA


    En San Juan, Puerto Rico, a 21 de octubre de 2011.


    Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte integrante de la presente Sentencia, ordenamos la suspensión inmediata e indefinida del Lcdo. Adrián Bonilla Montalvo de la práctica de la abogacía y del ejercicio de la notaría. Además, ordenamos la cancelación de su fianza notarial. El querellado tiene el deber de notificar a todos sus clientes su inhabilidad para continuar con su representación y deberá devolver a estos los expedientes de los casos pendientes así como los honorarios recibidos por trabajos no rendidos. Además, tiene el deber de informar oportunamente de su suspensión a los foros judiciales y administrativos. Estas gestiones deberán certificarse a este Tribunal dentro del término de treinta (30) días a partir de la notificación de esta Opinión y Sentencia.

    Lo acordó y manda el Tribunal y certifica la Secretaria del Tribunal. La Jueza Asociada señora Fiol Matta suspendería al abogado de la notaría solamente.



                         Aida Ileana Oquendo Graulau
                         Secretaria del Tribunal Supremo